UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHIFICI ENTERPRISE D/B/A DEANIE'S | * | |
| SEAFOOD | * | |
| | * | **CIVIL ACTION NO.: 2:23-05764** |
| **VERSUS** | * | |
| | * | **JUDGE: JTM** |
| CERTAIN UNDERWRITERS AT LLOYD'S | * | |
| LONDON, INDIAN HARBOR INSURANCE | * | **MAGISTRATE: MBN** |
| COMPANY,  QBE SPECIALTY INSURANCE | * | |
| COMPANY,  STEADFAST INSURANCE | * | |
| COMPANY, GENERAL SECURITY | * | |
| INDEMNITY COMPANY OF ARIZONA, | * | |
| UNITED SPECIALTY INSURANCE | * | |
| COMPANY, LEXINGTON INSURANCE | * | |
| COMPANY, HDI GLOBAL SPECIALTY SE, | * | |
| OLD REPUBLIC UNION INSURANCE | * | |
| COMPANY, GEOVERA SPECIALTY | * | |
| INSURANCE COMPANY, TRANSVERSE | * | |
| SPECIALTY INSURANCE COMPANY, THE | * | |
| HARTFORD STEAM BOILER INSPECTION | * | |
| AND INSURANCE COMPANY, TRAVELERS | * | |
| CASUALTY AND SURETY COMPANY OF | * | |
| AMERICA | * | |

**************************************************************************************

<u>ORDER</u>

Considering the foregoing Motion to Consolidate;

**IT IS ORDERED** that (1) *Barchi, LLC versus Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company, Travelers Casualty and Surety Company of America*, Civil Action No. 2:23-5766, Section "H" (E.D. La.); (2) *Bucktown Development, LLC versus Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company, Travelers Casualty and Surety Company of America*, Civil Action No. 2:23-6133, Section "H" (E.D. La.); and (3) *Olive Catering Services, LLC versus Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of*

*Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company, Travelers Casualty and Surety Company of America,* Civil Action No. 2:23-6143, Section "H" (E.D. La.) be consolidated with the above-captioned matter.

New Orleans, Louisiana, this 5th day of January, 2024.


**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**